UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MONICA B. SEBBLE | * | CIVIL ACTION |
| Plaintiff | * | NO. 17-10387 |
| vs. | * | JUDGE FELDMAN |
| NAMI NEW ORLEANS, INC. | * | MAGISTRATE ROBY |
| Defendant | * | |

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

**NOW INTO COURT** come Plaintiff, Monica B. Sebble, and Defendant, NAMI New Orleans, Inc., and upon advising that this matter has been settled in full, move this Court to issue an Order dismissing Plaintiff's claims against Defendant, with prejudice, each party to bear its own costs.

**WHEREFORE**, the parties respectfully request that this Honorable Court issue an Order dismissing Plaintiff's claims against Defendant with prejudice, each party to bear its own costs.

Dated: October 16, 2018

Respectfully submitted,

| | |
|---|---|
| **STIEGLER LAW FIRM LLC** | **ADAMS AND REESE LLP** |
| /s/ *Charles J. Stiegler* | /s/ *Lauren L. Tafaro* |
| Charles J. Stiegler (#33456) | Lauren L. Tafaro (#29320) |
| 318 Harrison Avenue, Suite 104 | Adrienne C. May (#35037) |
| New Orleans, Louisiana 70124 | 4500 One Shell Square |
| Telephone: 504-267-0777 | New Orleans, Louisiana 70139 |
| Facsimile: 504-513-3084 | Telephone: 504-581-3234 |
| charles@StieglerLawFirm.com | Facsimile: 504-566-0210 |
| *Counsel for Plaintiff,* | lauren.tafaro@arlaw.com |
| *Monica Sebble* | adrienne.may@arlaw.com |
| | **Counsel for Defendant,** |
| | **NAMI New Orleans** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 16, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*/s/ Lauren L. Tafaro*
Lauren L. Tafaro
